Plaintiff's Name _Jeffrey Walker_

Prisoner No. _457039_

Institutional Address _425 7th street_
_San Francisco County Jail #2_
_San Francisco CA. 94103_

## UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

_JEFFREY WALKER_
(Enter your full name)

v.

_OFFICER GUZMAN #2427_
_OFFICER OSHA_
_OFFICER FIELDS, OFFICER_
_DEEDING, officer Tracy_
(Enter the full name(s) of all defendants in this action)

Case No. _____
(Provided by the clerk upon filing)

**COMPLAINT BY A PRISONER
UNDER THE CIVIL RIGHTS ACT,
42 U.S.C. § 1983**

_"IMMINENT DANGER"_
_TRO / INJUNCTION ATTACED_
_EXPEDITE REVIEW_
_REQUEST JURY TRIAL_

## I. Exhaustion of Administrative Remedies.

_You must exhaust available administrative remedies before your claim can go forward. The court will dismiss any unexhausted claims._

A. Place of present confinement _San Francisco County Jail #2_

**B.** Is there a grievance procedure in this institution?   ☒ **YES**        ☐ **NO**

C. If so, did you present the facts in your complaint for review through the grievance procedure?
☒ **YES**        ☐ **NO**

D. If your answer is YES, list the appeal number and the date and result of the appeal at each
level of review. If you did not pursue any available level of appeal, explain why.

    1.    Informal appeal: _NOT REQUIRED, AND YES_
_Page v Torrez 201 F.3d 1136 9th cir._
_2000 plaintiff is non prisoner civil Hold_

    2.    First formal level: _____

3.   Second formal level: _____ N/A _____

_____

_____

4.   Third formal level: _____ N/A _____

_____

_____

E.  Is the last level to which you appealed the highest level of appeal available to you?
☐ YES            ☐ NO            N/A

F.  If you did not present your claim for review through the grievance procedure, explain why.

NOT REQUIRED  I am a civil detainee
Non criminal HOLD 6601.5 WIC
Page v Torrey 201 F3d 1136, but I did exhaust.

## II. Parties.

A.  If there are additional plaintiffs besides you, write their name(s) and present address(es).

OFFICER GUZMAN star # 2427, OFFICER OSHA,
OFFICER Fields, OFFICER DEERING

_____

B.  For each defendant, provide full name, official position and place of employment.

Each Deputy defendant in A are employed
as sheriff officer at san Francisco county
Jail #2, 425 7th street, san Francisco
ca. 94103

_____

## III. Statement of Claim.

State briefly the facts of your case. Be sure to describe how each defendant is involved and to
include dates, when possible. Do not give any legal arguments or cite any cases or statutes. If you
have more than one claim, each claim should be set forth in a separate numbered paragraph.

See: Added page  2 OF 3  and additional
pages
Plaintiff has no regular paper, please accept
as is until can Amend "IMMINENT DANGER"

CLAIM I

Civil Rights violated: Fourteenth, Eighth, First
Deliberate Indifference, Retaliation, Excessive Force

SUPPORTING Facts.

On Oct-27-2021 plaintiff is a return to court as a
Non prisoner civil detainee under WIC Welfare Institution
code 6601.5, ordered by Cal. supreme court NO. S263588
First Appellate district NO. A159563, superior court NO. 2219428/
195198, Remittitur Issued Oct 13-2021 Finalized.

prior to plaintiffs return he had been a survivor of
defendants, officer Jones, Nutti, Rovck, James, Sgt. Cobebe
Sr. Deputy Newcomer in an Excessive Force case, where
plaintiff was beat. Case NO. walker v Jones CV-08-0757
CRB, Financial settlement agreed. plaintiff also Filed
Law suit on L.t. Kroll and Leung, Sailee, Deputy groody,
Deputy Morris and others in case NO. 15-CV-5819 For
Excessive Force, Retaliation to the officer Jones civil

suit, etc.

plaintiff was placed in E pod cell #19 where
he remains in county Jail #2.

3

upon his placement in E-pod oct 27-21 officer Fields who is Black found out plaintiff was back, Fields knew plaintiff from 2005 incident and civil suit of friends he worked with, including being involved with numerous complaints plaintiff filed that included plaintiff. In 2005 plaintiff had a Rape case 261.2 Adult and a 266 I(a) 2 pandering Adult Enter tainment related deemed by staff and Fields a pimp who they did not like. This caused the prior harrassments, Excessive Force, Threats by Fields, that caused mental and emotional trauma and Injury. while fighting that case plaintiff was placed in C pod a mental health pod Danger to self. plaintiff ultamately was found Not guilty of Rape charges, but found guilty of pandering. He was given 6yr x 2 = 12 yrs for Non violent prior Date Rape 261.2 1991 & 20% credit.

# Exhibit ___

4

upon his release in 2015 from R.J. Donovan
plaintiff was returned back to same county jail
he was beat at in civil case. officer v Jones
et al. noted.

when Deputy Fields saw plaintiff in Oct-21-21
he set out in retaliation to get plaintiff assaulted
or killed by Jail Inmates. He knew that plaintiff
was to have no contact with jail inmates by law
as he is not criminal. plaintiff is only being held
in secure facility for court. In E pod he is housed
up top in "single room", yet surrounded up top
by Jail prisoners in intake section Double or
single rooms. Down stairs their is an open bed
area 4 bed housing Inmates. The Inmates,
roam the floors continously and trustee workers
work up top where plaintiff is housed in
E19 room by himself. trustee workers give
plaintiff his food, clothing, etc. wich could
pose a threat because he is wearing green

5

out fit clothing, Noted by prisoners as a possible pedifiler, Rapist, or crazy mental patient, some dont know why plaintiff is in green and his housing status becomes suspect a danger possibility from inmates who dont know.

Inmates wear orange clothing, Intake Houses many main line, protective custody, covid 19 test poss ative, etc. as it is Intake, then once all cleared they are transfered to san bruno.

plaintiff stays, Housing status in intake remains the same, unless in need of pyshiatric treatment or medical issues, they are housed in C pod.

officer Fields New these facts and Deliberately Intentionaly, willfully set out to harrass, in retaliation as noted, He began to harrass plaintiff, telling plaintiff to remove ~~his~~

# Exhibit \_\_\_\_

6

his legal notes and photos from a bed area that was not in violation of rule, when plaintiff asked for copy of policy and rules Fields got mad and threatned to write plaintiff a disciplinary to take his priviledges. Fields then began to ridicul plaintiff calling plaintiff names, cutting off plaintiff's Lights when trying to finish or complete his legal pro-per dead lines, prohibiting access to the courts.

Fields in Nov. 2021 began telling other inmate cases, one had murder case, fields ridiculed him and Assaulted this kid, told kid he was never getting out. I interveined told Fields he was wrong and I was going to write him up. In retaliation Fields told trustee pod worker Neo and two others who plaintiff had communication with and contact as they give him his Food Laundry, Hot water etc.

that plaintiff was a child molester has a cases with kids thats why he is

7

civil wearing green. As a result- he invited these inmates to commit **violence** upon plaintiff, other Inmates were told plaintiff was child molester.

This caused threats, Questions asked daily, why plaintiff was in green. plaintiff Feared Food would be tampered with, or attacked when coming out and him having to hurt an inmate as plaintiff Is a Grand master in Martial arts MMA, etc. He could also catch a case If deputy falsified reports blaming plaintiff.

plaintiff, showed his paper work days later to Neo a worker that confirmed he was not a child molester. Neo was the one who told plaintiff what Fields was telling others, not to mention Fields yelling it up top plaintiff had case with kids, infront of Inmates in Nov.2021

# Exhibit ____

8

This caused defamation of character, mental stress, causing Anxiety attacks, chest pain and plaintiff requiring medical treatment and telling psych his P.T.S.D was triggered, from prior Excessive Force at this facility and in prison.

plaintiff filed a Grievence explaining virbatim some of whats noted in claim but shortened. Lt. signed and grievence given to a captain, A captain acknowledged in final level but never responded.

officer fields disappeared for over a mouth, when he came back over time he again started to harrass plaintiff. plaintiff told sgt. his supervisor and he hasnt seen Deputy Fields ever since Dec 2021 or so.

CLAIM II
EXCESSIVE FORCE, Retaliation, Deliberate In difference by officer osha

9

officer osha, is also aware of plaintiffs complaints, Law suits, and is a civil detainee in E pod cell #19.

on- 1-27-22 officer osha was working a 16 hour over time shift assigned and sent to E pod, he arrived at around 7 a.m. to releaF other deputies, He first began slamming things at the podium his work station, He then started yelling at down stairs inmates and was very angry.

plaintiff began to have chest pain as iF a heart attack he informed staFF. officer osha refused to call medical so did officer Tracy his work partner. plaintiff told psych worker he was having chess pain - psych worker said he would notiFy some one in medical, He was also told both osha - Tracy refused to get him help.

# Exhibit _____

10

A nurse ended up coming to check on plaintiff, thanks to med nurse notifying medical.

When female nurse came, she wanted to take plaintiffs blood pressure. Plaintiff was nauslated, dizzy, having severe chest pain and told nurse he wished to be brought out room to sit on seat for blood pressure check. Deputy Osha was pissed and opened door to plaintiff's room. As plaintiff got out of chair in room he was sitting in. He moved slow, was dizzy, room spinning, as he steped forward, Deputy Osha yelled at plaintiff for moving slow. Plaintiff asked why he was yelling at him, he was not criminal and was coming out. Deputy Osha felt plaintiff wasn't moving fast enough, made a comment about plaintiff being civil that was predudicial. Then un expectadly he open palm thrusted.

//

using his left hand as right was holding open the door, then hit plaintiff right in area where plaintiff was having chest pain deemed attempt to kill or cause harm to plaintiff he deemed a sexual predator cause wearing green as many are deemed in green, the open palm was like a martial art open palm thrust that could kill if done right specialy in chest heart vital area, it was fast, hard knocking plaintiff backwards Almost making plaintiff fall to ground. The wall and catching on to bed area saved him. Deputy Osha slammed door, leaving plaintiff with chest pain to die, ignoring medical emergency - refused plaintiff medical treatment Deliberatly.

# Exhibit ___

12

The young hispanic nurse was scared and left plaintiff., plaintiff in pain wrote down a phone number to his support group at Sanfrancisco Bayview. He asked worker hispanic to call Mary the owner and tell her what was going on.. plaintiff continously asked For help. He told Deputy Tracy who ignored him acting as a team player also leaving plaintiff to die. plaintiff told psych worker of incident and chest pain.. Officer Usha had went off on inmates causing disruption in unit. Alarms were pushed, officers came accompanied by the sgt. The sgt. I waived down and I told him I was having chest pain and Usha Assaulted me and denying medical treatment.

13

when sgt. was talking to plaintiff.
Medical arrived with BP machine. The
sgt. had removed osha from E pod and
replaced him with another, Medical gave
Blood pressure check.. Blood pressure was
Like 179/150 or so dangerously high.
A Nurse practitioner ordered Ek G to be
Immediatly done, plaintiff was taken to C pod
for Ek G and sent out Emergency to S.F.G.H
San Francisco General Hospital, where he
stayed for hours being checked.. Follow up
appointments were ordered to address medical
conditions, plaintiff suffered Injury,
mental and emotional trauma told to psych
Defamation of character, etc.

# Exhibit _____

14

These acts were malicious, and in retaliation to civil suit on worker Friends and due to his personal feelings thinking plaintiff on sup when he is not been Found to be such.

Deputy Guzman involved Retaliation, Hate crime, Deliberate Indifference Defamation of character - Inciting others to comm If violent.

Deputy Guzman I witnessed assaulting an inmate in E pod with other staff on his team 7 p.m to 7 a.m. Team #1 I believe,

He knew I told on him prior to him coming to work on 2-3-22 incident with plaintiff.

plaintiff told Guzman and all staff he was reporting thee assault, Etc.

15

In retaliation; Guzman came to work

2-3-22 - He knew plaintiff made complaint

and set out to harrass plaintiff. He did not

want to let plaintiff out for his walk time,

talked about plaintiff being civil, he told

plaintiff as far as he was concerned

plaintiff was no different than any one else.

he refused to let plaintiff out to walk.

Deputy Tracy let plaintiff out when Guzman went

on break. when plaintiff was out he was handling

legal calls etc. Lunch time Noon with atty.

Guzman came back upset - he told

plaintiff his walk time was up.

plaintiff explained he gets 2hrs out

# Exhibit ____

16

Deputy Tracy was present with Deputy Guzman speaking to plaintiff in E pod upper center gated section where rooms are for housing behind doors single/doubled where some get walk time.

Plaintiff explained he was on phone and needed to complete calls legal. Deputy Guzman walked away, said he made a call when he came back. He asked who said he gets 3hrs out. I explained the agreement with unit Lt. as I am non criminal and entitled to more time out than others. He then told a sgt. Guzman came back and said ok, if plaintiff agrees to go back to room he could come out, when Deputy Tracy comes back from lunch, he did not want plaintiff out. when he was alone.

17

plaintiff explained he always come
out at that time 12 TO 2 p.m. or
if late after to he still got 2hrs
Lock up before 3 p.m. so Guzman
said the sgt. said plaintiff could come
back out for 2hr when tracy comes
back,

plaintiff had been Fighting chest
pain Nausea, but needed to address proceeds
dead lines legal. Deputy tracy came back
after Lunch of his. plaintiff asked to
come out he was going to use phone
to try and explain his reasons For not
being able to handle business legal, etc.

# Exhibit ____

18

Guzman refused to let plaintiff out, plaintiff told tracy Deputy - he to acted in concert with his partner not to let me out, plaintiff was told sgt. said my time was up for the day., not long after plaintiff chest pain hit hard, shortness of breath, dizzy ness, Naseau, He told Guzman, Guzman said he hoped I died because I'm in Green and refused to get medical, Deputy Tracy failed to call medical, plaintiff was left in pain to die,

George came mentoring Mon, plaintiff told George as well, George said he would tell someone.

plaintiff gave # to his support group at Bayview to workers in unit to call.

19

They did. contacted sista Nube she made a call. Finally medical came. The sgt. came to E pod with medical. plaintiff Blood pressure again Dangerously High 179/150 or so. Nurse practioner ordered EKG — after it was determined Emergency transport was necessary. plaintiff was taken to S.F.G.H. and recieved treatment, when released orders given for follow ups appointments and further Heart refferals made to specialist. Anemia, Low Found at jail, plaintiff has kidney issues High risk could be contributing Faktor according to medical staff.

# Exhibit \_\_\_\_

20

IV   Relief

1. Jury Trial Demand

2. Discovery request to Identify others

3. TRO/INJUNTION ISSUED AND NO
   CONTACT ORDER ON All DEFENDANTS
   preventing working in E pod or NO
   contact period. A distance order can
   be appropriate, or any non avoidence of
   being escorted to appointments, courts
   etc. that cant be avoided, All defendants
   work in other units and san bruno.

4. Request No retaliation by all jail staff,
   No move from E pod where plaintiff has
   been safe, acept if medical, psych
   necassaty c-pod housing Emergency, he is
   in E-19 safe, can be seen appropriately
   by staff and not caged in as disciplinary.

(21)

5. Request Higher up supervisors to monitor
   plaintiff(s) safety and med, psych concerns.

Declaration

I, plaintiff Jeffrey Walker sweres under penalty of perjury all stated is true and if called can and will testify competantly

X _Jeffrey Walker_ 2-7-22

Jeffrey Walker

# Exhibit ___

22