UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JEFFREY WALKER,<br>      Plaintiff,<br>   v.<br>GUZMAN, et al.,<br>      Defendants. | Case No. 22-cv-00904 BLF (PR)<br><br>**ORDER DENYING REQUEST FOR LAW LIBRARY RESOURCES**<br><br>(Docket No. 31) |

Plaintiff, a state prisoner, filed the instant pro se civil rights action pursuant to 42 U.S.C. § 1983 against officers at the San Francisco County Jail #2, where he is currently confined. The amended complaint is the operative complaint in this matter. Dkt. No. 8. Plaintiff filed notice that he wishes to proceed with the cognizable claims under Claim Two, Dkt. No. 19, so the Court dismissed all other claims from this action and ordered the matter served on November 4, 2022. Dkt. No. 20. Defendants' dispositive motion is currently due by May 5, 2023. Dkt. No. 30.

Plaintiff has filed a motion requesting access to law library resources, including a jail tablet with legal research capabilities, a typewriter, or a laptop. Dkt. No. 31. Plaintiff asserts that the jail "has no legal law library access at all," and that he has a documented injury which makes it difficult for him to write. *Id.* at 1-2.

The request is DENIED without prejudice as the Court does not have jurisdiction over the San Francisco County Jail to order the procurement of a typewriter or electronic

devices to Plaintiff. Plaintiff should go through the jail grievance procedure to request such resources. He may also attempt to contact the San Francisco Sheriff's Office Prisoner Legal Services ("PLS") unit for access to resources.[1]

This order terminates Docket No. 31.

**IT IS SO ORDERED.**

Dated: __March 14, 2023_____

BETH LABSON FREEMAN
United States District Judge

Order Denying Request
PRO-SE\BLF\CR.22\00904Walker_mot4resources

---

[1] https://www.sfsheriff.com/services/jail-services/prisoner-legal-services. The website includes a contact number, 415-558-2472, and the email of Nick Gregoratos, Director of PLS: Nick.Gregoratos@sfgov.org